

MICHAEL E. HOLZAPFEL

MEMBER OF NJ BAR

Becker LLC
Eisenhower Plaza II
354 Eisenhower Parkway
Suite 1500
Livingston, New Jersey 07039

Direct:      (973) 251-8943
Main:       (973) 422-1100
Facsimile:  (973) 422-9122

meholzapfel@becker.legal

October 20, 2020

**VIA CM/ECF**
Hon. Freda L. Wolfson, U.S.D.J.
U.S. District Court: District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:    **Haghigi v. Horizon Blue Cross Blue Shield of New Jersey**
              **Case No.: 19-cv-20483 (FLW) (ZNQ)**

Dear Chief Judge Wolfson:

    Our office represents Defendant Horizon Blue Cross Blue Shield of New Jersey ("Horizon"). I write to advise the Court that the above-captioned matter has settled and the parties have entered into a Confidential Settlement Agreement and Release. Kindly enter a 60-day order.

    Should the Court require any additional information or have any questions, please feel free to contact me.

                            Respectfully submitted,
                            BECKER LLC

                            /s/ *Michael E. Holzapfel*
                            Michael E. Holzapfel

MEH/maf
cc:    Thomas J. Pryor, Esq. (via ECF)